**Ocary BRAITHWAITE, Plaintiff—Appellant,**

v.

**George M. HINKLE, Warden (GRCC); Gerald F. Boyle, CEO, Prison Health Services; Dr. Thompson, Medical Physician; D. Spears, Nurse; Benjamin Ellis, Defendants—Appellees.**

No. 10–6201.

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 10, 2010.

Ocary Braithwaite, Appellant Pro Se.

Before GREGORY and SHEDD, Circuit Judges.*

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ocary Braithwaite appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Braithwaite v. Hinkle,* No. 1:09–cv–00879–TSE (E.D.Va. Jan. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*